**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 99-2162

---

JOHN W. CABE; HIS WAY INTERNATIONAL MINIS-
TRIES; RIVERSIDE INDEPENDENT BAPTIST CHURCH;
JRS MINISTRIES,

                                      Plaintiffs - Appellants,

        versus

LEONARD V. KOPERNA; PAUL LEE; DEAN EICHEL-
BERGER; J. RENE JOSEY; DANA BROWN; JOSEPH R.
MCCROREY,

                                       Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Dennis W. Shedd, District Judge.
(CA-98-3698-19BD)

---

Submitted:  December 16, 1999     Decided:  December 27, 1999

---

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

John W. Cabe, Appellant Pro Se.  John Berkley Grimball, II, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John W. Cabe and related organizations appeal the district court's order denying relief on their <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971) action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court.[1] <u>See</u> <u>Cabe v. Koperna</u>, No. CA-98-3698-19BD (D.S.C. July 26, 1999).[2] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[1] The district court's dismissal under 28 U.S.C.A. § 1915A is misplaced because Cabe was neither a prisoner nor applied to proceed in forma pauperis. <u>See</u> 28 U.S.C.A. §§ 1915, 1915A (West Supp. 1999).

[2] Although the district court's order is marked as "filed" on July 23, 1999, the district court's records show that it was entered on the docket sheet on July 26, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. <u>See</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).